UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            13 CV 1890
------------------------------------x
LISETTE PEDROSA

                Plaintiff,                    **NOTICE OF REMOVAL**

              -against-                    Case No. 13 Civ. _____

THE CITY OF NEW YORK; NILDA HOFFMAN; as
Deputy inspector, Commanding Officer of the 25th
precinct; SALVATORE MARCHESE, as Lieutenant,
formerly assigned to the 25th Precinct; GARFIELD
EDMONDS, as Lieutenant, formerly assigned to the 25th
Precinct, KEVIN COLEMAN, as Sergeant, formerly
assigned to the 25th Precinct and JESSICA MCRORIE, as
Sergeant, 25th precinct, each being sued individually in
their official capacities as employees of defendant THE
CITY OF NEW YORK,

                Defendants.
------------------------------------x



**TO:    THE UNITED STATES DISTRICT COURT,
          SOUTHERN DISTRICT OF NEW YORK**

        Defendant, City of New York, by and through its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, respectfully show this Court as follows:

        1.    On or about February 25th, 2013, the New York City Law Department received a Summons and Complaint by personal service, in the above-entitled action, pending in the Supreme Court of the State of New York, County of Bronx, Index No. 301291/2013, naming City of New York, Nilda Hoffman, Salvatore Marchese, Garfield Edmonds, Kevin Coleman and Jessica McRorie, as defendants therein, and setting forth the claims for relief upon which the action is based. A copy of plaintiff's Summons and Complaint is annexed hereto as Exhibit "A."

        2.    The above-captioned action is a civil action of which the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges a claim which arises under the laws and Constitution of the United States, a violation of 42 U.S.C. § 1981, 42 U.S.C.

§ 1983, and the First Amendment of the United States Constitution by defendants. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. §§ 1441(b) and 1443.

3. Plaintiff brings this lawsuit alleging, *inter alia*, that defendants discriminated against plaintiff on the basis of race and gender and deprived her of her civil rights, in violation of, *inter alia*, 42 U.S.C. § 1981 and 42 U.S.C. § 1983. See Exhibit "A" ¶¶174, 176, 228.

4. This Notice of Removal is timely because it is being filed within thirty days (30) days of receipt of the initial pleading by defendant The City of New York. See 28 U.S.C. § 1446(b). In addition, all defendants have consented to the instant removal. Declarations of the individually named defendants' consent to the removal are annexed hereto as Exhibit "B."

5. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court in which the action has been pending.

**WHEREFORE**, defendant respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

Dated:   New York, New York
         March 18, 2013

        MICHAEL A. CARDOZO
        Corporation Counsel of the
          City of New York
        Attorney for Defendant City of New York
        100 Church Street
        New York, New York  10007
        (212) 788-0895

By: _____
        Zev Singer
        Assistant Corporation Counsel
        zsinger@law.nyc.gov

CC:   ERIC SANDERS, ESQ
      THE SANDERS FIRM, P.C.
      1140 AVENUE OF THE AMERICAS, 9TH FLOOR
      NEW YORK, NY 10036


      CO-DEFENDANTS (via email):

      NILDA HOFFMAN
      SALVATORE MARCHESE
      GARFIELD EDMONDS
      KEVIN COLEMAN
      JESSICA MCRORIE